IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| LIBERTY UNIVERSITY, INC., <br>           *Plaintiff*, <br>    v. <br> CITIZENS INSURANCE <br> COMPANY OF AMERICA, ET AL, <br>           *Defendants*. | CIVIL ACTION NO. 6:13-CV-00033 <br><br> O R D E R <br><br> NORMAN K. MOON <br> UNITED STATES DISTRICT JUDGE |

  Pursuant to the judgment and mandate of the United States Court of Appeals for the Fourth Circuit (docket nos. 86 & 87), this court's judgment of November 6, 2014, has been **REVERSED**. Accordingly, the judgment (docket no. 81) is hereby **VACATED**, and my memorandum opinion and order of April 16, 2014 (docket no. 60& 61), granting Plaintiff's motion for summary judgment and denying Defendants' motion for summary judgment, are **VACATED** and **REVERSED**. In accordance with the Fourth Circuit's opinion (docket no. 85), it is **ORDERED** as follows: Defendants' motion for summary judgment (docket no. 42) is **GRANTED**; Plaintiff's motion (docket no. 39) is **DENIED**; and Defendants "had no duty to defend [Plaintiff] against the Jenkins Complaint." *Liberty University, Inc. v. Citizens Ins. Co. of America*, 792 F.3d 520, 534 (4th Cir. 2015).

  The Clerk of the Court is **DIRECTED** to send a certified copy of this order to all counsel of record.

  It is so **ORDERED**.

  Entered this __14th__ day of September, 2015.

                     */s/ Norman K. Moon*
                     NORMAN K. MOON
                     UNITED STATES DISTRICT JUDGE